.

In re    **Larry R Martin**
_____ ,    Case No.    **10-34284**
                                 Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2058 Mill Road**<br>**Richmond, Virginia 23231** | **Tenancy by the Entirety** | **W** | **124,500.00** | **192,676.50** |

|  | | |
|---|---|---|
| Sub-Total > | **124,500.00** | (Total of this page) |
| Total > | **124,500.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

.

In re    **Larry R Martin**                                                          ,     Case No. ____**10-34284**_____
                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> **2058 Mill Road** <br> **Richmond, Virginia 23231** | **Va. Code Ann. § 34-4** | **2,075.00** | **249,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> **C&F Checking Acct ending in 3947** <br> **PO Box 391** <br> **West Point, VA 23181** | **Va. Code Ann. § 34-4** | **200.00** | **200.00** |
| **Household Goods and Furnishings** <br> **Misc. household goods, furniture, electronics, appliances, dishware, flatware, decorations, pictures, knick knacks, yard care equipment, hand held tools** <br> **Location: 2058 Mill Road, Henrico VA 23231** | **Va. Code Ann. § 34-26(4a)** | **800.00** | **800.00** |
| **Wearing Apparel** <br> **Misc. Men's Clothing** <br> **Location: 2058 Mill Road, Henrico VA 23231** | **Va. Code Ann. § 34-26(4)** | **600.00** | **600.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** <br> **Airgas 401(k)** <br> **Vanguard** | **Va. Code Ann. § 34-34** | **1,922.92** | **1,922.92** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> **2000 Pontiac Grand Prix** <br> **Location: 2058 Mill Road, Henrico VA 23231** <br> **Mileage 90,000** | **Va. Code Ann. § 34-26(8)** <br> **Va. Code Ann. § 34-4** | **2,000.00** <br> **600.00** | **2,600.00** |
| **1998 Buick Park Avenue** <br> **Mileage: 111,626** <br> **FMV from KBB** <br> **Location: 2058 Mill Road, Henrico VA 23231** | **Va. Code Ann. § 34-4** | **2,125.00** | **2,125.00** |

|  | Total: | **10,322.92** | **257,247.92** |
|---|---|---|---|

__**0**__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                Best Case Bankruptcy

.

In re    **Larry R Martin**                                                    ,          Case No. ___**10-34284**_____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx817-1** <br><br> **Bank of America** <br> **4161 Piedmont Parkway** <br> **Greensboro, NC 27410** | - | | **December 10, 2003** <br><br> **Deed of Trust** <br><br> **2058 Mill Road** <br> **Richmond, Virginia 23231** | | | | | |
| | | | Value $          **249,000.00** | | | | **192,676.50** | **0.00** |
| Account No. **xxxxxxxxx4425** <br><br> **Harley Davidson Financial** <br> **Attn: Bankruptcy** <br> **Po Box 21850** <br> **Carson City, NV 89721** | - | | **Opened 6/01/05 Last Active 4/12/10** <br> **Auto Loan - PMSI** <br> **2005 Harley Davidson Ultra-Classic** <br> **Location: 2058 Mill Road, Henrico VA 23231** <br> **Mileage 30,000** | | | | | |
| | | | Value $          **11,875.00** | | | | **10,052.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

___**0**___ continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **202,728.50** | **0.00** |
| Total <br> (Report on Summary of Schedules) | **202,728.50** | **0.00** |

ACI
PO Box 505
Linden, MI 48451-0505


American Finco
425 Martingale Rd
Schaumburg, IL 60173


Amex
c/o Beckett & Lee
Po Box 3001
Malvern, PA 19355


Bank Of America


Bank of America
4161 Piedmont Parkway
Greensboro, NC 27410


Beneficial
POB 8873
Virginia Beach, VA 23450


Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801


Credit Control Corporation
P.O. Box 120568
Newport News, VA 23612-0568


Daimlerchrysler Trk Fi
1011 Warrenville Rd Ste
Lisle, IL 60532


Dominion Law Associates
222 Central Park Avenue
Virginia Beach, VA 23462


G M A C
Po Box 130424
Roseville, MN 55113

Gemb/american Honda
Po Box 981439
El Paso, TX 79998


Glasser & Glasser
580 E. Main, Ste 600
Norfolk, VA 23510-2212


Harley Davidson Financial
Attn: Bankruptcy
Po Box 21850
Carson City, NV 89721


Health Consultants of VA, Inc
P.O. Box 8266
Richmond, VA 23226


Henrico County Circuit Court
4310 E. Parham Road
PO Box 27032
Richmond, VA 23228


Henrico General District Court
4301 E. Parham Road
P.O Box 90775
Richmond, VA 23273-0775


Hsbc/rs
Attn: Bankruptcy
Po Box 5263
Carol Stream, IL 60197


Office of The U.S. Trustee
701 E. Broad Street
Richmond, VA 23219


Richmond Ambulance Auth
PO 26286
Richmond, VA 23260


Sleep Disorders Center of VA
1800 Glenside Drive
Suite 103
Richmond, VA 23226

VCU Health Systems
P.O. Box 758721
Baltimore, MD 21275-8721


Velocity Investments LLC



Verizon
Po Box 3397
Bloomington, IL 61702

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Larry R Martin**

Case No. **10-34284**

Debtor(s)

Chapter **7**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

☐ Involuntary/Voluntary Petition *[Specify reason for amendment: _____]*
*Check if applicable:* ☐ Soc. Sec. No. amended. **[*If applicable*: An original, signed Official Form 21 was marked/hand-delivered to the Clerk's office on _____.\*]**

☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
☒ Schedule A - Real Property
☐ Schedule B - Personal Property
☒ Schedule C - Property Claimed as Exempt
☒ **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 (*$26.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.*) Check applicable statement(s):

    ☒ **Creditor(s) added**      ☐ **Creditor(s) deleted**
    ☐ **Change in amounts owed or classification of debt**
    ☐ **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
    ☐ **Post-petition creditors added (Schedule of Unpaid Debts)**
    **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**

☐ Schedule G- Executory Contracts and Unexpired Leases
☐ Schedule H - Codebtors
☐ Schedule I - Current Income of Individual Debtor(s)
☐ Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. \*Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database. ]**

☐ Statement of Financial Affairs
☐ Chapter 7 Individual Debtor's Statement of Intention
☐ Chapter 11 List of Equity Security Holders
☐ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
☐ Disclosure of Compensation of Attorney for Debtor
☐ Other: _____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: **See Attached Matrix** .

Date: **October 26, 2010**

**/s/ Jacqueline Wise Sharman**

Attorney for Debtor(s)
State Bar No.: **VSB# 71569**
Mailing Address: **Pagano & Associates, P.C.**
**3991 E. Williamsburg Road**
**Suite 100**
**Sandston, VA 23150**
Telephone No.: **(804) 328-6988**

I, **Larry R Martin** certify under penalty of perjury that the amended forms herein are accurate and true to the best of my knowledge and belief.

Date: **June 24, 2010**      **/s/ Larry R Martin**

[amendcs ver. 10/2007]

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Larry R Martin**

Debtor(s)

Case No.   **10-34284**

Chapter   **7**

## AMENDED
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I certify under penalty of perjury that the foregoing is true and correct.

Date   **October 26, 2010**

Signature   **/s/ Larry R Martin**

**Larry R Martin**

Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571